IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD C. KOLESAR, and THOMAS KLAUS, | | |
| Plaintiffs, | | 1:21cv0020 LEAD CASE |
| v. | | |
| DRIPDROP HYDRATION, INC.., | | |
| Defendant. | | |

| | | |
|---|---|---|
| RONALD C. KOLESAR, | | |
| Plaintiff, | | 1:21cv0037 MEMBER CASE |
| v. | | |
| VITAMIN PACKS, INC., | | |
| Defendant. | | |

| | | |
|---|---|---|
| ROBERT JAHODA, | | |
| Plaintiff, | | 21cv0039 MEMBER CASE |
| v. | | |
| DD KARMA, LLC, | | |
| Defendant. | | |

| | |
|---|---|
| RONALD C. KOLESAR and<br>THOMAS KLAUS,<br><br>        Plaintiffs,<br><br>        v.<br><br>YOUR SUPER, INC.<br>        Defendant. | 1:21cv0045<br>MEMBER CASE |
| RONALD C. KOLESAR,<br><br>        Plaintiff,<br><br>        v.<br><br>KISS PRODUCTS, INC.<br><br>        Defendant. | 1:21cv0046<br>MEMBER CASE |
| ROBERT JAHODA,<br><br>        Plaintiff,<br><br>        v.<br><br>E-DISTRIBUTORS, INC. doing business as<br>ROCKVILLE PRO SOUND & LIGHTING,<br><br>        Defendant. | 21cv0047<br>MEMBER CASE |
| RONALD C. KOLESAR,<br><br>        Plaintiff,<br><br>        v.<br><br>SUNVALLEYTEK INTERNATIONAL,<br>INC.,<br><br>        Defendant. | 1:21cv0048<br>MEMBER CASE |

| | |
|---|---|
| ROBERT JAHODA, | |
| Plaintiff, | 21cv0048 |
| | MEMBER CASE |
| v. | |
| NEW MILANI GROUP, LLC, | |
| Defendant. | |

| | |
|---|---|
| RONALD C. KOLESAR, | |
| Plaintiff, | 1:21cv0049 |
| | MEMBER CASE |
| v. | |
| VERRAGIO, LTD., | |
| Defendant. | |

| | |
|---|---|
| ROBERT JAHODA, | |
| Plaintiff, | 21cv0059 |
| | MEMBER CASE |
| v. | |
| SOLGAARD DESIGN, INC., | |
| Defendant. | |

| | |
|---|---|
| THOMAS KLAUS, | |
| Plaintiff, | 21cv0060 |
| | MEMBER CASE |
| v. | |
| VEJO, INC., | |
| Defendant. | |

| | | |
|---|---|---|
| ROBERT JAHODA, | | |
| Plaintiff, | | 21cv0081<br>MEMBER CASE |
| v. | | |
| DAVE RIBEIRO, LLC *doing business as* THE COLDEST WATER, | | |
| Defendant. | | |

ROBERT JAHODA,

       Plaintiff,                         21cv0082
                                            MEMBER CASE

       v.

MOXIELASH, INC.,

       Defendant.

ROBERT JAHODA

       Plaintiff,                         21cv0095
                                            MEMBER CASE

       v.

CATBIRD NYC, INC.,

       Defendant.

ROBERT JAHODA

       Plaintiff,                         21cv0097
                                            MEMBER CASE

       v.

SHEER, LLC,

       Defendant.

ROBERT JAHODA, THOMAS KLAUS,

       Plaintiffs,                       21cv0202
                                            MEMEBER CASE
            v.

CEREBRAL, INC.,

       Defendant.

---

ROBERT JAHODA, THOMAS KLAUS,

       Plaintiffs,                       21cv0204
                                            MEMEBER CASE
            v.

EXPRESS SCRIPTS HOLDING COMPANY,

       Defendant.

---

ROBERT JAHODA, THOMAS KLAUS,

       Plaintiffs,                       21cv0205
                                            MEMEBER CASE
            v.

HONEYBEE HEALTH, INC.,

       Defendant.

---

ROBERT JAHODA, THOMAS KLAUS,

       Plaintiffs,                       21cv0206
                                            MEMEBER CASE
            v.

PHYSICIANS FORMULA, INC.,

       Defendant.

ROBERT JAHODA, THOMAS KLAUS,

      Plaintiffs,           21cv0207
                                      MEMEBER CASE

      v.

RXEED, LLC,

      Defendant.

## CONSOLIDATION ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 21-37Erie, 21-39, 21-45Erie, 21-46Erie, 21-47, 21-48Erie, 21-48, 21-49Erie, 21-59, 21-60, 21-81, 21-82, 21-95, 21-97, 21-202, 21-204, 21-205, 21-206, and 21-207 are hereby consolidated with **Civil Action No. 1:2021cv0020 (Erie)**, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 1:2021cv0020 (Erie)**.

3. The Clerk of Court shall **close** Civil Action Nos. 21-37Erie, 21-39, 21-45Erie, 21-46Erie, 21-47, 21-48Erie, 21-48, 21-49Erie, 21-59, 21-60, 21-81, 21-82, 21-95, 21-97, 21-202, 21-204, 21-205, 21-206, and 21-207.

                                  **SO ORDERED** this 17th day of February, 2021.

                                  s/Arthur J. Schwab
                                  Arthur J. Schwab
                                  United States District Judge